**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-5349 PSG (AGRx) | Date | October 8, 2009 |
|---|---|---|---|
| Title | Alfredo Gonzalez v. Frederick Megerdichian *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers) Order Granting Defendant Countrywide Home Loans, Inc.'s and Defendant Recontrust Company's Motion To Dismiss Plaintiff's Complaint**

On June 9, 2009, Plaintiff Alfredo Gonzalez ("Plaintiff") filed this suit in Los Angeles County Superior Court against Defendants Fredrik Megerdichian, Countrywide Home Loans, Inc., and Recontrust Company, asserting claims for 1) violation of California Business & Professions Code § 17200, 2) Fraud, 3) Breach of Duty To disclose Material Facts, 4) Breach of Fiduciary Duty, 5) Rescission, and 6) Declaratory and Injunctive Relief.  On July 22, 2009, the case was removed to this Court.  To date, Plaintiff has not filed a proof of service of summons and complaint for Defendant Fredrik Megerdichian.

On August 28, 2009, Defendants Countrywide Home Loans, Inc. and Reconstrust Company ("Defendants") brought the instant Motion to Dismiss ("Motion"), seeking dismissal of all claims against them.  Under Local Rule 7-9, Plaintiff was required to file and serve an opposition to Defendants' Motion by September 21, 2009.  Plaintiff did not file an opposition by that date.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition to be consent to the granting of Defendants' Motion.  *See* L.R. 7-12.  Accordingly, the Court grants Defendants' Motion To Dismiss. .

Based on the foregoing, this Court:

1.      GRANTS Defendants' Motion to Dismiss with prejudice, and

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5349 PSG (AGRx) | Date | October 8, 2009 |
|----------|----------------------|------|-----------------|
| Title | Alfredo Gonzalez v. Frederick Megerdichian *et al.* | | |

2.      dismisses the action in its entirety.[1]


**IT IS SO ORDERED.**

---

[1]Pursuant to Federal Rule of Civil Procedure 4(m), the Court also dismisses Defendant Fredrik Megerdichian.